United States District Court
Southern District of New York
Office of the Clerk
U.S. Courthouse
300 Quarropas Street, White Plains, N.Y. 10601



```
------------------------------------X
JANET GAYNOR                        |
                                    |
                                    |
              Plaintiffs,           |
                                    |    NOTICE OF ASSIGNMENT
                                    |
              -V-                   |    07-cv-6029 (WCC)(GAY)
                                    |
LOUIS PUBLIC COMPANY LIMITED        |
GROUP VOYAGERS, INC.                |
                                    |
              Defendants.           |
------------------------------------X
```

     Pursuant to the memorandum of the Case Processing Assistant
the above entitled action is assigned to the calendar of

              HON.  WILLIAM C. CONNER

     All future documents submitted in this action shall bear the
assigned judge's initials after the case number.  If this case is
assigned to the Electronic Case Filing (ECF) system, documents
must be submitted electronically, and shall also bear the
notation "ECF CASE" under the docket number.

     The attorney(s) for the plaintiff(s) are requested to serve
a copy of the Notice of Assignment on all defendants.


                                   J. Michael McMahon, CLERK

                              by: _____
                                   JOHNNY MARTINEZ - Deputy Clerk

DATE: 7/03/07


DESIGNATED TO MAGISTRATE JUDGE: GEORGE A. YANTHIS
CC:  Attorneys of Record
WP ASSIGNMENT FORM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
Revised: September 9, 2004

Data Quality Control
I:FORMS\ASSIGN\ASSIG.WPD